No. 84–6359.   RADFORD *v.* FAIRMAN, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 84–6361.   ROBINSON *v.* IKARI ET AL.   Ct. App. La., 2d Cir.   Certiorari denied.

No. 84–6366.   HEATH *v.* NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES LOCAL R5–189 ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–6369.   ELY *v.* GLEN ELLYN POLICE DEPARTMENT. Sup. Ct. Ill.   Certiorari denied.

No. 84–6371.   CRIST *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS.   C. A. 7th Cir.   Certiorari denied.

No. 84–6373.   HERNANDEZ *v.* DUNCAN ET AL.   C. A. 5th Cir. Certiorari denied.

No. 84–6400.   GLOVER *v.* SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 84–6411.   HEMBY *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–6428.   JONES ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 84–6431.   PRIMBS *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 84–6433.   ANDREWS *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 84–6440.   HARTER *v.* SHULTZ, SECRETARY OF STATE, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–6445.   DIXON *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–6450.   GAZA *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 84–6451.   GEOGHEGAN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.